UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENITA WILLIAMS,

                                Plaintiff,                    **ORDER**

-against-                                    21 Civ. 5252 (CS)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
-------------------------------------------------------------X

        The Court's docket reflects that the complaint in this case was filed on June 14, 2021 and a summons as to the Commissioner of Social Security was issued on June 15, 2021. Rule 4(m) of the Federal Rules of Civil Procedure provides that service of the summons and complaint shall be effectuated within 90 days after the filing of the complaint. As of the date of this order, no proof of such service has been filed with the Court. Accordingly, it is

        ORDERED that, by no later than October 7, 2021, Plaintiff shall (1) properly serve the summons and complaint and file proof of such action, or (2) submit to the Court good cause for why such service has not been effectuated.

        The Court may dismiss this case without further notice in the event Plaintiff fails to take timely action consistent with this Order.

Dated:  September 30, 2021
            White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge