UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENITA WILLIAMS,

                Plaintiff,                    21 **CIVIL** 5252 (CS)(JCM)

      -v-                                      **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 6, 2023, no objections to the Report and Recommendation (the "R&R") have been received, and the Court reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
       January 6, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**     *K. Mango*

                                                        **Deputy Clerk**